IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CRAIG HILLARD**                                                                                      **PETITIONER**

VS.                                              **5:08CV00257 WRW**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                          **RESPONDENT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

IT IS SO ORDERED this 10th day of December, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE