**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CRAIG HILLARD**                                                                                 **PETITIONER**

**VS.**                                      **5:08CV00257 WRW**

**LARRY NORRIS, Director,
Arkansas Department of Correction**                                     **RESPONDENT**

<u>**JUDGMENT**</u>

Pursuant to the Order entered in this case on this date, it is CONSIDERED, ORDERED and

ADJUDGED that this petition be, and it is hereby, dismissed with prejudice.  The relief prayed for

is denied.

IT IS SO ORDERED this 10th day of December, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE